Sergei Orel, Esq.
Law Office of Sergei Orel, LLC
7000 J F Kennedy Boulevard East
Suite M-21D, Lower Level Mall,
Guttenberg, New Jersey 07093
Phone: 201-945-5525
Fax: 201-945-5529
Attorney for Defendants L and D Handbags
& Accessories, Inc., and Dominique Minassian

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------x
THE BASU GROUP, INC.,                                   :

            Plaintiff,                                :       Civil Action No. 2:10-cv-04037-SDW-MCA

    v.                                                          :
                                                                             :       **MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO CROSS-CLAIM**
L AND D HANDBAGS & ACCESSORIES,         :
INC., MIDNIGHT VELVET, INC.,
SEVENTH AVENUE, INC., and                        :
DOMINIQUE MINASSIAN,                                :

            Defendants.
-----------------------------------------------------------x

       The undersigned attorney for defendants L and D Handbags & Accessories, Inc., and Dominique Minassian, hereby petitions for an Order of the Court extending time within which Defendants L and D Handbags & Accessories, Inc., and Dominique Minassian, may file an answer, move or otherwise reply, to the Cross-Claim as filed by co-defendants Seventh Avenue, Inc., and Midnight Velvet, Inc.

       The current deadline to file an answer, move or otherwise reply to the Cross-Claim as filed by co-defendants Seventh Avenue, Inc., and Midnight Velvet, Inc., is November 23, 2010.

1

The undersigned has contacted the attorney for co-defendants Seventh Avenue, Inc., and Midnight Velvet, Inc., David Brezina, Esq., and obtained Mr. Brezina's written consent to have the deadline to answer extended to December 9, 2010.

In that respect, it is respectfully requested that the current deadline to file an answer, move or otherwise reply to the Cross-Claim as filed by co-defendants Seventh Avenue, Inc., and Midnight Velvet, Inc., be extended to December 9, 2010.

       /s/ Sergei Orel                 
Sergei Orel
Attorney for Defendants L and D Handbags
& Accessories, Inc., and Dominique Minassian

Dated: November 22, 2010

Sergei Orel, Esq.
Law Office of Sergei Orel, LLC
7000 J F Kennedy Boulevard East
Suite M-21D, Lower Level Mall,
Guttenberg, New Jersey 07093
Phone: 201-945-5525
Fax: 201-945-5529
Attorney for Defendants L and D Handbags
& Accessories, Inc., and Dominique Minassian

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------x
THE BASU GROUP, INC.,

        Plaintiff,   :   Civil Action No. 2:10-cv-04037-SDW-MCA

    v.                                                  :

                                      :   **ORDER**

L AND D HANDBAGS & ACCESSORIES,
INC., MIDNIGHT VELVET, INC.,
SEVENTH AVENUE, INC., and            :
DOMINIQUE MINASSIAN,                 :

        Defendants.
------------------------------------------------------------x

      Having considered Defendants' L and D Handbags & Accessories, Inc., and Dominique Minassian's MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO CROSS-CLAIM, and good cause appearing,

      IT IS HEREBY ORDERED that the time for Defendants L and D Handbags & Accessories, Inc., and Dominique Minassian, to answer, move or otherwise reply to the Cross-

3

Claim as filed by co-defendants Seventh Avenue, Inc., and Midnight Velvet, Inc., extended to December 9, 2010.

      ORDER DATED: _____, 2010.

                                  _____
                                  Hon. Madeline Cox Arleo, USMJ

## CERTIFICATE OF SERVICE

I certify that, on November 22, 2010, I filed the attached document through the Court's electronic case filing system such that the attached document will automatically be served on counsel for the plaintiff and co-defendants.

Dated: November 22, 2010

_____
Sergei Orel, Esq.
Law Office of Sergei Orel, LLC
7000 J F Kennedy Boulevard East
Suite M-21D, Lower Level Mall,
Guttenberg, New Jersey 07093
Phone: 201-945-5525
Fax: 201-945-5529
sorel@sergei-orel.com
Attorney for Defendants L and D Handbags
& Accessories, Inc., and Dominique Minassian