IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x
THE BASU GROUP, INC.,

                Plaintiff,                    2:10-cv-04037-SDW-MCA

        v.

                                          CONSENT JUDGMENT

L AND D HANDBAGS & ACCESSORIES,
INC., MIDNIGHT VELVET, INC.,
SEVENTH AVENUE, INC.,
and DOMINIQUE MINASSIAN,

                Defendants.
-----------------------------------------------------------------x

By its Complaint filed August 6, 2010, plaintiff alleged that defendants violated certain copyright rights of plaintiff;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the parties, and it is

SO ORDERED, that:

1.    Plaintiff The Basu Group, Inc. is the owner of all right, title and interest in United States Copyright Registration Nos. VA 1-701-083 and VA 1-706-730, having effective dates of February 23, 2010 and March 27, 2010, respectively, for the designs entitled "400-PS" and "257-PRA", respectively (individually or collectively hereinafter the "Designs"), and that such copyrights are valid and subsisting.

2.    Defendants L and D Handbags & Accessories, Inc. and Dominique Minassian agree to be permanently enjoined from printing, painting, manufacturing, advertising, promoting, importing, exporting, selling or offering for sale any item, including but not limited to, bags containing the Designs which are the subject of this Action.

3.    A separate Settlement Agreement having an effective date of November 30, 2010,

settling this matter and outlining the fiscal arrangement between the parties is binding between the parties.

4. This Court has continuing jurisdiction over the subject matter of this Action, the parties hereto, and all those bound hereunder for purposes of enforcement of this Consent Judgment, and the Settlement Agreement.

5. In consideration of the foregoing and conditioned upon the compliance by defendants with the various terms of the Settlement Agreement provided for above, this Action, including all claims, defenses and counterclaims, and including without limitation all claims presently known or unknown arising from the individual allegations made therein, is hereby dismissed in its entirety, against all parties, with prejudice. The Cross Claim will be resolved in a separate Order.

6. Each party shall bear its own costs and attorneys' fees.

By:   s/Jonathan Michael Doloff
Jonathan Michael Doloff (JD 5287)
Michael R. Gilman (admitted *pro hac vice*)
Kaplan Gilman & Pergament LLP
1480 Route 9 North
Suite 204
Woodbridge, NJ 07095
732-636-4500
jdoloff@kgplaw.com
mgilman@kgplaw.com
*ATTORNEYS FOR THE BASU GROUP, INC.*

Dated:   3/8/2011

By:   s/Sergei Orel
Sergei Orel
Law Office of Sergei Orel, LLC
7000 J F Kennedy Boulevard East
Suite M-21D, Lower Level Mall
Guttenberg, NJ 07093
Tel: 1-201-945-5525
Fax: 1-201-945-5529
sorel@sergei-orel.com
*ATTORNEYS FOR L AND D HANDBAGS AND ACCESSORIES, INC. and DOMINIQUE MINASSIAN*

Dated:   3/8/2011
By:   s/David G. Gilfillan
David G. Gilfillan, Esq.
Carella, Byrne, Bain, Gilfillan, Cecchi Stewart & Olstein
5 Becker Farm Road
Roseland, New Jersey 07068

1(973)994-1700
DGilfillan@carellabyrne.com

David C. Brezina (*pro hac vice* to be filed)
Ladas & Parry LLP
224 South Michigan Ave
Suite 1600
Chicago, IL 60604

*ATTORNEYS FOR SEVENTH AVENUE, INC.
and MIDNIGHT VELVET, INC.*

Dated: __3/8/2011__

**SO ORDERED** this __9th__ day of __March__, 2011.

_____
The Honorable Susan D. Wigenton, U.S.D.J.